UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALEB BROUK,<br>           Plaintiff,<br>vs.<br>GRANITE GAMING CROUP I, LLC, *et al.*,<br>           Defendants. | 2:11-cv-01930-PMP-VCF<br><br>**<u>ORDER</u>** |

Having considered the arguments of counsel presented at the hearing conducted February 25, 2013, on Plaintiff's Motion for Partial Summary Judgment (Doc. #25), Defendants' Motion for Partial Summary Judgment (Doc. #28), and Defendants' Motion to Strike (Doc. #46), and finding that genuine issues of material fact remain with respect to each of the issues identified in Plaintiff and Defendants' Crossmotions for Summary Judgement, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. #25) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Partial Summary Judgment (Doc. #28) is **DENIED**.

///

///

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike (Doc. #46) is **DENIED**.

**IT IS FURTHER ORDERED** that the Parties to this action shall forthwith meet and confer and shall thereafter file a Joint Pretrial Order on or before **March 27, 2013**.

DATED: February 27, 2013.

*/s/ Philip M. Pro*
PHILIP M. PRO
United States District Judge