UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CALEB BROUK,<br><br>　　　　Plaintiff(s),<br><br>　　　　vs<br><br>GRANITE GAMING GROUP I, LLC,<br>Et al.<br><br>　　　　Defendant(s). | Case # 2:11-CV-1930-PMP-VCF<br><br>ORDER REFERRING CASE FOR<br>SETTLEMENT CONFERENCE |

　　　This case is currently stacked on the Trial Calendar of **Tuesday, December 3, 2013,** for a Jury Trial.

　　　**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

　　　DATED this 15th day of May, 2013.

　　　　　　　　　　　　　　　　　　　*/s/ Philip M. Pro*
　　　　　　　　　　　　　　　　　　　PHILIP M. PRO, U. S. DISTRICT JUDGE