MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
8670 W. Cheyenne Ave., Suite 120
Las Vegas, Nevada 89129
T: (702) 979-9047
F: (702) 554-3858
Attorney for Defendants Granite Gaming
Group I, LLC and Steven Burnstine

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALEB BROUK, | ) |
| | ) CASE NO. 2:11-cv-1930-PMP-VCF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GRANITE GAMING GROUP I, LLC, and | ) |
| STEVEN BURNSTINE, | ) [PROPOSED] |
| | ) ORDER GRANTING EXTENSION |
| Defendants. | ) OF TIME |
| | ) |

Based on Defendants' Motion for Extension of Time (No. 90), and good cause appearing, IT IS ORDERED that Defendants shall have up to and including **December 31, 2013** to file oppositions to Plaintiff's motions in limine (Nos. 78-85).

DATED: December _30_ 2013.

_____
U.S. District Court Judge