UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CALEB BROUK, | ) |
| Plaintiff, | ) 2:11-cv-01930-PMP-VCF |
| vs. | ) **ORDER** |
| GRANITE GAMING CROUP I, LLC, *et al.*, | ) |
| Defendants. | ) |

Before the Court for consideration is Plaintiff's Motion in Limine #6 To Exclude Irrelevant Evidence (Doc. #83). The motion is fully briefed and on January 9, 2014, the Court conducted a hearing regarding said motion. By this motion, Plaintiff seeks to exclude twenty (20) categories of potential evidence which Plaintiff contends are irrelevant. In their Response (Doc. #93) filed January 3, 2014, Defendants respond to twelve (12) of the items specified in Plaintiff's motion. The Court has reviewed the items of potential evidence identified by Plaintiff, and concludes that it is not feasible to determine in an evidentiary vacuum the relevance of items of potential evidence falling within the scope of the twenty subject areas specified.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion in Limine #6 to Exclude Irrelevant Evidence (Doc. #83) is DENIED without prejudice to Plaintiff and Defendants to assert relevancy objections to any evidence offered at trial at the time such evidence is offered.

DATED: January 13, 2014.

_____
PHILIP M. PRO
United States District Judge