UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALEB BROUK, | ) |
| Plaintiff, | ) 2:11-cv-01930-PMP-VCF |
| vs. | ) **ORDER** |
| GRANITE GAMING CROUP I, LLC, *et al.*, | ) |
| Defendants. | ) |

Before the Court for consideration is Plaintiff's Motion in Limine #7 To Preclude Defendants From Referencing Judicially Imposed Liquidated (Double) Damages (Doc. #84) filed December 11, 2013.

As noted in Defendants' Response (Doc. #93), whether to award liquidated damages, or to apply a good faith defense to such damages, is a question for the Court to decide, not the jury. Therefore, it would be unnecessary, and potentially confusing or prejudicial, for either Party to reference the availability of "liquidated damages" before the jury.

**IT IS THEREFORE ORDERED** that to the extent Plaintiff's Motion in Limine #7 (Doc. #84) seeks to preclude Defendants from referencing liquidated damages before the jury, said Motion is GRANTED.

DATED: January 13, 2014.

_____
PHILIP M. PRO
United States District Judge