MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
8670 W. Cheyenne Ave., Suite 120
Las Vegas, Nevada 89129
T: (702) 979-9047
F: (702) 554-3858

JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 264
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
JIMMERSON HANSEN, P.C.
415 S. 6th St #100
Las Vegas, NV 89129

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALEB BROUK, | ) |
| | ) CASE NO. 2:11-CV-1930-RFB-VCF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GRANITE GAMING GROUP I, LLC, and | ) |
| STEVEN BURNSTINE, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO DISMISS
ANY AND ALL CLAIMS WITH PREJUDICE**

IT IS STIPULATED AND AGREED by and between Plaintiff Caleb Brouk, on the first hand, through his counsel Kevin Dolley and Laura Spencer Garth of the Law Offices Of Kevin J. Dolley and Matthew Beasley, Esq. of Beasley Law Group, P.C., and Defendants Granite Gaming Group I, LLC and Steven Burnstine, on the second hand, through their counsel, James J. Jimmerson, Esq. of Jimmerson Hansen and Mario P. Lovato of Lovato Law Firm, P.C., that any

and all claims for relief by Plaintiff against Defendants shall be, and hereby are, DISMISSED WITH PREJUDICE, and that the parties shall bear their own respective attorney fees and costs.

DATED: December 16th, 2014.

LAW OFFICES OF KEVIN J. DOLLEY

_____
KEVIN J. DOLLEY, ESQ.
Admitted Pro Hac Vice
LAURA SPENCER GARTH, ESQ.
Admitted Pro Hac Vice
34 North Brentwood Blvd.
St. Louis, MO 63015
Attorneys for Plaintiff

DATED: December ____, 2014.

BEASLEY LAW GROUP

_____ (w/ consent)
MATTHEW W. BEASLEY, ESQ.
Nevada Bar No. 9756
3090 South Durango Drive, Suite 200
Las Vegas, NV 89117
Attorney for Plaintiff

DATED: December 18, 2014.

JIMMERSON HANSEN

_____ 12/18/14
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 264
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
415 S. Sixth Street, Suite 100
Las Vegas, NV 89101
Attorneys for Defendants

DATED: December 18, 2014.

LOVATO LAW FIRM, P.C.

_____
MARIO P. LOVATO
Nevada Bar No. 7427
8670 W. Cheyenne Ave. Ste 120
Las Vegas, NV 89129
Attorney for Defendants

## ORDER

IT IS SO ORDERED.

DATED: this 5th day of January, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge